# 13-30095 (adl 13-30100)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** § | **MDL No. 2179; CA No. 10-7777** |
| **"Deepwater Horizon" in the Gulf** § | |
| **of Mexico, on April 20, 2010** § | |
| § | **SECTION J** |
| **Applies to:** § | |
| § | **JUDGE BARBIER** |
| **All Cases** § | **MAGISTRATE SHUSHAN** |

## NOTICE OF APPEAL

Class members and Objectors, James H. Kirby III, Mike Sturdivan and Patricia Sturdivan, and Susan Forsyth, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's December 21, 2012 Order & Reasons (Granting Final Approval of the Economic and Property Damages Settlement Agreement) (Dkt. No. 8138) and the Order and Judgment (Dkt. No. 8139).

Class members and Objectors, Mike Sturdivant and Patricia Sturdivant, Susan Forsyth, and James H. Kirby IV, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's January 11, 2013 Order & Reasons (Granting Final Approval of the Medical Damages Settlement) (Dkt. No. 8217) and Order and Judgment (Dkt. No. 8218).

Dated: January 17, 2013                LAW OFFICES OF DARRELL PALMER PC

By: /s/ Joseph Darrell Palmer
   Joseph Darrell Palmer

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (866) 583-8115
Email: darrell.palmer@palmerlegalteam.com

Case: 13-30095 Document: 00512122230 Page: 2 Date Filed: 01/23/2013
Case 2:10-md-02179-CJB-SS Document 8271 Filed 01/17/13 Page 2 of 3

2

Attorney for Objectors
James H. Kirby III, Mike Sturdivant and Patricia
Sturdivant (aka Sturdivan), Susan Forsyth, and
James H. Kirby IV

Case: 13-30095 Document: 00512122230 Page: 2 Date Filed: 01/23/2013
Case 2:10-md-02179-CJB-SS Document 8271 Filed 01/17/13 Page 2 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing NOTICE OF APPEAL has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January 2013.

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objectors