# United States Court of Appeals for the Fifth Circuit

**No. 12-31155**

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,
Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,
Defendants - Appellees

v.

GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED,
Movant - Appellant.

**No. 13-30095**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

On Appeal from the U.S. District Court for the Eastern District of Louisiana
C.A. Nos. 2:10-md-2179-CJB-SS, 2:12-cv-968-CJB-SS, and 2:12-cv-970-CJB-SS

## DEFENDANTS/APPELLEES' MOTION TO CONSOLIDATE APPEAL NO. 12-31155 INTO APPEAL NO. 13-30095 AND TO SET BRIEFING STRUCTURE FOR APPEAL NO. 13-30095

Jeffrey Lennard
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for Defendants-Appellees BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

*Additional counsel listed on following page*

February 12, 2013

Don K. Haycraft  
LISKOW & LEWIS  
One Shell Square  
701 Poydras Street, Suite 5000  
New Orleans, LA 70139  
Telephone: (504) 581-7979  

Jeffrey Bossert Clark  
Steven A. Myers  
KIRKLAND & ELLIS LLP  
655 Fifteenth Street, N.W.  
Washington, DC 20005  
Telephone: (202) 879-5000

# CERTIFICATE OF INTERESTED PERSONS

No. 12-31155
*LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,*

*Plaintiffs - Appellees*

*v.*

*BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,*

*Defendants - Appellees*

*v.*

*GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED,*
*Movant - Appellant*

---

NO. 13-30095
*IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010*

---

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Defendants - Appellees:**

BP Exploration & Production Inc.
BP America Production Company

BP p.l.c.*

Attorneys for Defendants - Appellees:

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200

Jeffrey Lennard
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Fax: (312) 876-7934

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200

* The underlying *Bon Secour* and *Plaisance* actions named as defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. Although the Clerk has included "BP Pipe Line Company" in the caption of No. 12-31155, no such entity is a party to this appeal. The assumption may have been made that p.l.c. stands for "Pipe Line Company" but in this case it stands for "public limited company."

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Fax: (504) 556-4108

**Class Plaintiffs - Appellees:**

The *Bon Secour* action is brought by fifteen class representatives: Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW FINS; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry.

The class representatives represent the Economic and Property Damages Class that the District Court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 Rec. Docs. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

The *Plaisance* action is brought by eleven class representatives: Kip Plaisance; Jason Perkins; Camille Warren; Christian Pizani; Max Plaisance; Benjamin Judah Barbee; Cornelius Divinity; Janice Brown; Carlton Caster; George Baker; and Duffy Hall.

The class representatives represent the Medical Benefits Class that the District Court certified, for settlement purposes only, on January 11, 2013. *See* MDL 2179 Rec. Docs. 8217, 8218. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

Attorneys for Class Plaintiffs - Appellees:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500
556 Jefferson Street
Lafayette, LA 70501
Telephone: (337) 233-3033
Fax: (337) 233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
29th Floor
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
Suite 411J
40 Washington Square, S.
New York, NY 10012
Telephone: (212) 998-6580
Fax: (212) 995-4590

**Movant - Appellant, No. 12-31155:**

Gulf Organized Fisheries in Solidarity & Hope, Inc.

Attorney for Movant - Appellant:

Clay Garside
WALTZER & WIYGUL LAW FIRM
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
Telephone (504) 254-4400
Fax: (504) 254-1112

Joel R. Waltzer
WALTZER & WIYGUL LAW FIRM
3715 Westbank Expressway
Harvey, LA 70058
Telephone: (504) 340-6300
Fax: (504) 340-6330

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8271:**

James H. Kirby III
Mike Sturdivan and Patricia Sturdivan
Susan Forsyth
James H. Kirby IV

Attorney for Objectors - Appellants:

Joseph Darrell Palmer
LAW OFFICES OF DARRELL PALMER PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Fax: (866) 583-8115

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8264**

Cobb Real Estate, Inc.
G&A Cobb Family Ltd. Partnership
L&M Investments, Ltd.
MAD, Ltd.

Mex-Co., Ltd.
Robert C. Mistrot and Missroe, LLC

Attorney for Objectors - Appellants:

Stuart C. Yoes
THE YOES LAW FIRM, L.L.P.
3535 Calder Avenue, Suite 235
Post Office Drawer 7584
Beaumont, Texas 77726-7584
Telephone: (409) 833-2352
Fax: (409) 838-5577

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8349:**

The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Brent Coon & Associates appears at MDL 2179 Rec. Doc. 8292 Ex. 1.

Attorney for Objectors - Appellants:

Brent W. Coon
BRENT COON & ASSOCIATES
215 Orleans
Beaumont, Texas 77701
Telephone: (409) 835-2666
Fax: (409) 835-1912

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8304:**

The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Farrell & Patel appears at MDL 2179 Rec. Doc. 8304 Ex. A.

Attorney for Objectors - Appellants:

Wesley J. Farrell
Terry A. C. Gray
FARRELL & PATEL, ATTORNEYS AT LAW
The Four Seasons Tower
1425 Brickell Ave., Suite 58C
Miami, FL 33131
Telephone: (305) 798-4177
Fax: (800) 946-6711

Sarah E. Spigener
FARRELL & PATEL, ATTORNEYS AT LAW
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Telephone: (504) 233-8585
Fax: (504) 264-5953

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL-2179 Rec. Doc. 8308:**

Troy D. Morain
Stan P. Baudin

Attorney for Objectors - Appellants:

Stan P. Baudin
PENDLEY, BAUDIN & COFFIN, L.L.P.
Plaquemine, LA 70764
Telephone: (225) 687-6396
Fax: (225) 687-6398

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8309:**

Gulf Organized Fisheries in Solidarity & Hope, Inc.
Donald Dardar
Thien Nguyen

Attorney for Objectors - Appellants:

Joel Waltzer
WALTZER & WIYGUL LAW FIRM
3715 Westbank Expwy, Ste. 13
Harvey, LA 70058
Telephone: (504) 340-6300
Fax: (504) 340-6330

Robert Wiygul
WALTZER & WIYGUL LAW FIRM
1011 Iberville Drive
Ocean Springs, MS 39564
Telephone: (228) 872-1125
Fax: (228) 872-1128

Clay Garside
WALTZER & WIYGUL LAW FIRM
14399 Chef Menteur Hwy, Ste D
New Orleans, LA 70129
Telephone: (504) 254-4400
Fax: (504) 254-1112

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8312:**

Allpar Custom Homes
Sea Tex Marine Service, Inc.
Ancelet's Marina, L.L.C.
J.G. Cobb Construction, Ltd.
Ships Wheel

Attorney for Objectors - Appellants:

Kevin W. Grillo
PENA & GRILLO, PLLC
1240 3rd Street
Corpus Christi, TX 78404
Telephone: (361) 356-1882
Fax: (361) 356-1083

**Objectors - Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179 Rec. Doc. 8354:**

Daniel J. Levitan, *pro se*
c/o Santa Rosa Correctional Institute - Annex
DC No. 650607
5850 East Milton Road
Milton, Florida 32583-7914

/s/ Richard C. Godfrey
*Attorney of Record for Defendants-Appellees BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**MOTION TO CONSOLIDATE APPEAL NO. 12-31155 INTO APPEAL NO. 13-30095 AND TO SET BRIEFING STRUCTURE FOR APPEAL NO. 13-30095**

These consolidated appeals arise from the multidistrict litigation captioned *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, which is currently pending in the United States District Court for the Eastern District of Louisiana. On December 21, 2012, the District Court granted final approval to the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (the "Settlement"), a comprehensive class action agreement between appellees BP Exploration & Production Inc. and BP America Production Company and the class representatives in MDL 2179 member case *Bon Secour Fisheries Inc., et al. v. BP Exploration and Production Inc., et al.*, No. 12-970 (E.D. La.).[1] *See* MDL 2179 Rec. Docs. 8138, 8139.

To date, the Court has consolidated eight notices of appeal that challenge the Settlement under this docket number, Fifth Circuit No.

---

[1] One notice of appeal simultaneously purports to challenge the Medical Benefits Class Action Settlement reached in MDL 2179 member case *Plaisance, et al. v. BP Exploration and Production Inc., et al.*, No. 12-968 (E.D. La.) By separate motion also filed this day in Fifth Circuit No. 13-30095, BP asks the Court to establish a separate consolidated docket for appeals challenging the Medical Benefits Class Action Settlement.

13-30095. In this motion, BP respectfully requests that the Court (1) include *Lake Eugenie Land & Development, Inc., et al. v. BP Exploration & Production, Inc., et al.*, Fifth Cir. No. 12-31155, among the cases that are consolidated in Fifth Circuit No. 13-30095, and (2) enter a coordinated briefing order applying to all member cases.

## ARGUMENT

### I. The Court Should Consolidate The *Lake Eugenie* Action With This Action.

The Fifth Circuit case bearing the caption *Lake Eugenie Land and Development Inc., et al. v. BP Exploration and Production, Inc., et al.* was created when a coalition of fishing industry and community groups, Gulf Organized Fisheries in Solidarity & Hope ("GO FISH"), appealed from an order entered by the District Court nearly two months before it granted final approval to the Settlement. *See* MDL 2179 Rec. Doc. 7747 (entered Oct. 25, 2012).

In that order, the District Court affirmed a September 2012 order of the Magistrate Judge that (1) denied GO FISH permission to take discovery regarding the fairness of the Settlement, and (2) denied GO FISH permission to intervene in the *Bon Secour* action. *See* MDL 2179 Rec. Doc. 7480. Among other reasons, the relevant order held that

because the *Bon Secour* action is a damages action requiring the participation of individual class members seeking such damages, GO FISH could not represent the interests of its members under well-established principles of associational standing. *See id.* at 8-9 (citing *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333 (1977)).

GO FISH has since filed an additional appeal, this time challenging the District Court's December 2012 final order approving the Settlement. *See* MDL 2179 Rec. Doc. 8309. This Court has appropriately consolidated that appeal with the other appeals challenging the orders approving the Settlement in Fifth Circuit No. 13-30095.

The GO FISH appeal from the October order, which generated the *Lake Eugenie* case, presents issues that substantially overlap with the issues to be heard in the consolidated appeals in Fifth Circuit No. 13-30095.

***First***, although the first-filed *Lake Eugenie* appeal purports to challenge the Court's order denying it leave to take discovery, a discovery order is not a final judgment from which an immediate interlocutory appeal lies. *See, e.g.*, *Piratello v. Philips Elecs. N. Am.*

*Corp.*, 360 F.3d 506, 508 (5th Cir. 2004) (per curiam); *A-Mark Auction Galleries, Inc. v. Am. Numismatic Ass'n*, 233 F.3d 895, 897 (5th Cir. 2000); *Periodical Publishers Serv. Bureau, Inc. v. Keys*, 981 F.2d 215, 217 (5th Cir. 1993). Thus, GO FISH's arguments regarding its denial of discovery are only cognizable (assuming they were not otherwise waived, as BP will contend) in its appeal from the final judgment. *See Trust Co. of La. v. N.N.P. Inc.*, 104 F.3d 1478, 1485 (5th Cir. 1997) ("[A]n appeal from a final judgment sufficiently preserves all prior orders intertwined with the final judgment.").

***Second***, the District Court also denied discovery to certain other objectors whom it concluded did have standing, and it specifically concluded that those reasons to deny discovery would also apply to GO FISH if it were determined to have standing. Several of those objectors have also filed notices of appeal. Thus, the same discovery issues that would be relevant if GO FISH were found to have standing are very likely to be raised in the consolidated appeals in Fifth Circuit No. 13-30095.

***Third***, the District Court denied GO FISH leave to intervene in substantial part because it concluded that GO FISH lacks standing.

GO FISH's standing is necessarily implicated in both appeals, because if it lacks standing to intervene it equally lacks standing to challenge the Court's final order approving the Settlement.

***Fourth*** and finally, establishing that it was entitled to intervene will require GO FISH to show that "existing parties [do not] adequately represent" the interests that it asserts. *See* Fed. R. Civ. P. 24(a)(2). GO FISH presumably will attempt to demonstrate that the class representatives did not adequately represent the Class's interests by assailing the fairness of the Settlement that they negotiated. And the fairness of the Settlement will obviously be the principal question in the consolidated appeals in Fifth Circuit No. 13-30095.

For these reasons, judicial efficiency is served by having all appeals challenging the Settlement Agreement consolidated under one docket number and heard by one merits panel.

## II. The Court Should Enter A Coordinated Briefing Order and Re-Caption the Case.

To date, eight groups of objectors have filed notices of appeal that challenge the Settlement. If each group were permitted to file a full-length brief, the Court could receive — between their opening and reply briefs — as many as 168,000 words from the objectors. Such an

approach would guarantee significant repetition and present significant problems of fairness in preparing opposition briefs for BP, which would receive only 14,000 words by default operation of the Federal Rules of Appellate Procedure.

BP respectfully proposes that in the interests of both judicial efficiency and fairness, the Court enter an order providing for the following equilibrated briefing allocation:

| | |
|---|---|
| Objectors-Appellants' Brief(s): | 28,000 words total, to be allocated as Objectors-Appellants see fit across one or more briefs. |
| BP's and Class Counsel's Briefs: | 28,000 words to be allocated equally between BP and Class Counsel into two 14,000 word briefs. |
| Objectors-Appellants' Reply Brief(s): | 14,000 words total, to be allocated as Objectors-Appellants see fit across one or more briefs. |

Finally, to distinguish this case from other appeals bearing the caption "*In re Deepwater Horizon*," BP respectfully suggests that the

Clerk re-caption this case as follows: *In re Appeals of the Economic and Property Damages Class Action Settlement*.

Class Counsel have informed the Movants that they will not object to this Motion. Brent Coon, Esq., and Stanley Baudin, Esq., informed the Movants that they are reserving the right to oppose the Motion. Counsel for GO FISH indicated that it is unlikely to agree to the consolidation of its two separate appeals, and reserves its right to file a response. Counsel for all other Objector - Appellants did not respond to BP's correspondence.[2]

[2] Because Objector-Appellant Levitan is proceeding *pro se* and has not made available a phone number or e-mail address, Movants have not been able to obtain his position with respect to the Motion.

Dated: February 12, 2013

Respectfully submitted,

*/s/ Richard C. Godfrey, P.C.*

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000

Jeffrey Lennard
SNR DENTON US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979

*Counsel for Defendants-Appellees BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was filed electronically on February 12, 2013, and will, therefore, be served electronically upon all counsel.

I further certify that a true and correct copy of the foregoing Motion was sent by United States Postal Service Express Mail to Objector-Appellant Levitan, who is proceeding *pro se*, on February 12, 2013, at the following address:

Daniel J. Levitan, *pro se*
c/o Santa Rosa Correctional Institute - Annex
DC No. 650607
5850 East Milton Road
Milton, Florida 32583-7914

/s/ *Richard C. Godfrey, P.C.*
Richard C. Godfrey, P.C.