No. 13-30095
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

*Plaintiffs – Appellees*

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION; BP PIPELINE COMPANY,

*Defendants – Appellees*

v.

SUSAN FORSYTH, JAMES H. KIRBY III, MIKE STURDIVANT AND PATRICIA STURDIVANT,

*Movants – Appellants*

---

On Appeal from the U.S. District Court for the Eastern District of Louisiana
C.A. Nos. 2:10-md-2179, and 2:12-cv-970

---

**MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF**

---

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600 / Fax: 866-583-8115
Email: darrell.palmer@palmerlegalteam.com

*Counsel for Movants/Appellants Susan Forsyth, James H. Kirby III, Mike Sturdivant and Patricia Sturdivant*

**MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF**

Come now appellants Susan Forsyth, James H. Kirby III, Mike Sturdivant and Patricia Sturdivant, through their undersigned counsel, move the Court for an extension of time to file their opening brief and record excerpts in this matter. The reasons for this motion are set out below.

I.

This consolidated appeal involves nine separate appeals taken from orders of the United States District Court for the Eastern District of Louisiana, all but one related to the certification of the class and approval of the economic and property damages class settlement in, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179 (E.D. La.).

II.

By order dated March 6, 2013, Doc. 00512165887, the Court denied a motion by the BP appellees seeking to require consolidated briefing by the appellants. However, the Court stated emphatically that "it is imperative that duplication be avoided, given the huge number of parties involved. The parties are directed to work toward this end."

III.

The briefing notice entered in this case on April 18, 2013 provides that the appellants' briefs and record excerpts are due within the standard 40 days, or by May 28, 2013.

IV.

The majority of the appellants have committed to work together to insure that duplication in briefing is eliminated in this complex and critically important appeal. Given the number of parties, however, to do so most efficiently and obtain the best result for the parties and the Court will require a substantially greater time for preparation of briefs than the standard scheduling.

V.

The appellants therefore request that the time for filing of their opening brief be extended until July 12, 2013, the date previously granted by this Court in response to co-appellants' joint request for an extension (filed on May 9, 2013 (Doc 00512237541) and granted on May 14, 2013 (Doc 00512241377)). These moving parties understood that they were to be included in that motion but for some unknown reason were not included. Consultation with the court clerk led to the filing of this motion to achieve complete calendar coordination for these appeals.

VI.

The appellants are cognizant of the Court's rules and internal operating procedure, which reflect a policy that motions for extension of time should be made only in exceptional instances where good cause exists, that no extension is automatic, and further that absent unusually compelling circumstances, extensions will not exceed 40 days in a civil case. Fifth Circuit Rule 27, and I.O.P. following. However, good cause exists in this matter for the requested extension. This consolidated appeal involves eight separate appeals with separate counsel. The case itself involves the largest single oil spill in the history of the United States, and the livelihoods of thousands of Gulf Coast residents. At issue is the propriety of certification of a class involving tens of thousands of persons and businesses harmed by the Deepwater Horizon spill, and the fairness of a settlement which runs to thousands of pages of terms and formulae. Insuring efficient, coherent, and coordinated briefing in such a case is imperative and requires a reasonable amount of additional time.

VII.

The requested extension would enable counsel for appellants to provide the Court and opposing counsel with a more cogent, focused, and organized briefing of the numerous issues raised by this appeal. No significant delay of this matter, which has been pending for 3 ½ years, will result from the requested extension.

Assuming that the appellees request a similar extension, briefing would still be completed in this matter less than eight (10) months following the lodging of the record. Allowing this modest extension up front may ultimately save time for the Court and all parties.

## VIII.

All other parties have been advised of this motion. BP indicated it will not oppose an extension to synch up with the July 12 date applicable to most other appellants. BP did state that it would oppose any further attempts at an extension beyond the July 12 date set currently for most other appellants by the Court.

Respectfully Submitted:

*/s/ Joseph Darrell Palmer*
Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: 866-583-8115
Email:
darrell.palmer@palmerlegalteam.com

*Counsel for Movants/Appellants*
*Susan Forsyth, James H. Kirby III,*
*Mike Sturdivant and Patricia*
*Sturdivant*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Opening Brief was filed electronically on May 22, 2013, and will, therefore, be served electronically upon all counsel through the Clerk's Notice of Docket Activity.

I further certify that the foregoing party will be served via U.S. Mail, postage prepaid:

Daniel J. Levitan, Pro Se
c/o Santa Rosa C. L – Annex
DC No. 650607
5850 E. Milton Road
Milton, FL 32583-7914

*/s/ Joseph Darrell Palmer*
Joseph Darrell Palmer