**Case No. 13-30095**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

**In Re: Deepwater Horizon – Appeals of the Economic and Property Damage
Class Action Settlement**

LAKE EUGENIE LAND & DEVELOPMENT INC.; BON SECOUR FISHERIES, INC.; FORT MORGAN REALTY, INC.; LFBP 1, LLC; ZEKES CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,
  Plaintiffs/Appellees

v.

BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION CO.; BP LINE CO.,
  Defendants/Appellees

v.

ALLPAR CUSTOM HOMES, INC.; SEA TEX MARINE SERVICE, INC.; ANCELET'S MARINE, L.L.C.; J.G. COBB CONSTRUCTION, LTD.; AND SHIPS WHEEL
  Objectors/Appellants

**APPELLANTS', ALLPAR CUSTOM HOMES, INC., SEA TEX MARINE SERVICE, INC., ANCELET'S MARINE, L.L.C., J.G. COBB CONSTRUCTION, LTD., AND SHIPS WHEEL, MOTION TO CONTINUE ORAL ARGUMENT SCHEDULED NOVEMBER 4, 2013**

N. Albert Bacharach, Jr.
*Counsel of Record for Appellants Allpar Custom Homes, Inc., Sea Tex Marine Service, Inc., Ancelet's Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel*
N. ALBERT BACHARACH, JR., P.A.
115 Northeast 6thAvenue
Gainesville, Florida 32601
Tel: (352) 378-9859
N.A.Bacharach@att.net

Appellants Allpar Custom Homes, Inc., Sea Tex Marine Service, Inc., Ancelet's Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel ("Allpar") request that the oral argument presently scheduled for November 4, 2013 be continued. Appellees BP Exploration & Production, Inc. *et al*, oppose this motion, Appellees Lake Eugenie Land & Development Inc, *et al* take no position, Appellants Cobb Real Estate, Inc. *et al*, oppose this motion, Appellants Mike Sturdivant *et al*, oppose this motion and Appellants Earl Aaron *et al*, have not indicated whether or not they oppose this motion.

There is good cause for the requested continuance. On October 2, 2013, this Court issued its ruling in *In re: Deepwater Horizon,* 13-30315 (5th Cir.). The decision reversed the district court's Variable-Profit Decision construing the settlement agreement's economic loss framework, and remanded the case back to the district court to re-address the interpretation of the economic framework under the settlement agreement. Subsequently, this Court issued an order directing all the parties to this appeal to submit letter briefs to address the "implications of that panel's decision for this case". Doc. 00512396640. Those letter briefs have been submitted.

On October 11, 2013, in response to the remand the district court conducted a status conference with counsel for the Class and BP. The following Minute Entry was made following the conference:

*Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 10/11/2013. By Tuesday, October 15 at 5:00 p.m., Class Counsel and BP shall submit revised proposed language for the "narrowly tailored" preliminary injunction, consistent with the Court's interpretation and instructions provided in chambers. Class Counsel and BP shall submit their proposed language directly to chambers, as well as to the Claims Administrator and each other. The parties shall meet and confer next week (October 14 - 18) regarding proposed policy language for the Settlement Program, consistent with the Court's interpretation and instructions provided in chambers. By Friday, October 18 at 5:00 p.m., Class Counsel and BP shall submit a proposed scheduling order. The scheduling order shall include a hearing date on Monday, December 2, 2013 at 8:30 a.m.* (Attachments: # 1 Conference Attendance Record) (Reference: 12-970)(gec, ) (Entered: 10/11/2013) (Doc. 11635)

In light of the directions given by the district court and the fact that the Settlement Program may be amended by stipulation of the parties, "consistent with the Court's interpretation", Allpar submits that the scheduled November 4, 2013 oral argument might be obviated or the issues more narrowed should the parties arrive at a more appropriate resolution.

Allpar requests that their motion be granted at this Court's earliest convenience.

Dated: October 16, 2013

Respectfully submitted,

/s/ *N. Albert Bacharach, Jr.*

N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352) 378-9859
N.A.Bacharach@att.net

*Counsel for Appellants Allpar Custom Homes, Inc., Sea Texmarine Service, Inc., Ancelet's Marina, L.L.C., J.G. Cobb Construction, Ltd., and Ships Wheel*

5

**Certificate of Service**

I hereby certify: that on October 16, 2013, an electronic copy of the foregoing Motion to Continue Oral Argument Scheduled November 4, 2013 was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system; and that service will be accomplished by the appellate CM/ECF system; and, all parties not utilizing the CM/ECF system have been served hard copies by U.S. Mail postage pre-paid.

/s/ *N. Albert Bacharach, Jr.*
N. Albert Bacharach, Jr.