# United States Court of Appeals
## for the Fifth Circuit

---

**No. 12-31155**

**LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED;
BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN
REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS
GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE,
L.L.C. ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS;
KATHLEEN IRWIN ; RONALD LUNDY; CORLISS GALLOW;
JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF
THEMSELVES AND ALL OTHER SIMILARLY SITUATED;
HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,**
                                        **Plaintiffs-Appellees**

v.

**BP EXPLORATION & PRODUCTION, INCORPORATED; BP
AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,**
                                        **Defendants-Appellees**

v.

**GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE,
INCORPORATED**
                                        **Movant-Appellant**

---

**No. 13-30095**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010**

---

**On Appeal from the United States District Court for the
Eastern District of Louisiana: C.A. Nos. 2:10-md-2179-CJB-SS;
2:12-cv-968-CJB-SS; and 2:12-cv-970-CJB-SS**

---

**APPELLANT-OBJECTORS, MICHAEL STURDIVANT, PATRICIA STURDIVANT, and SUSAN FORSYTH's FRAP 42(b) JOINT MOTION TO DISMISS APPEAL**

**RONNIE G. PENTON (#10462)**
**THE PENTON LAW FIRM**
**209 HOPPEN PLACE**
**BOGALUSA, LOUISIANA  70427**
**TELEPHONE :  (985) 732-5651**
**TELECOPIER :  (985) 735-5579**
**E-MAIL:  fedcourtmail@rgplaw.com**

**JAMES M. GARNER (#19589)**
**MARTHA Y. CURTIS (#20446)**
**KEVIN M. McGLONE (#28145)**
**SHER GARNER CAHIL RICHTER**
**KLEIN & HILBERT, LLC**
**909 POYDRAS STREET, SUITE 2800**
**NEW ORLEANS, LOUISIANA 70112**
**TELEPHONE: (504) 299-2102**
**TELECOPIER: (504) 299-2302**
**E-MAIL: jgarner@shergarner.com**

November 22, 2013

## CERTIFICATE OF INTERESTED PERSONS

### No. 12-31155

**LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,**

**Plaintiffs-Appellees**

v.

**BP EXPLORATION & PRODUCTION, INCORPORATE; BP AMERICA PRODUCTIONM COMPANY; BP PIPE LINE COMPANY**

**Defendants-Appellees**

v.

**GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED**

**Movant-Appellant**

*v.*

---

### NO. 13-30095
### IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

## 1.    Defendants-Appellees:

    a.    BP Exploration & Production Inc.

    b.    BP America Production Company

    c.    BP P.L.C. (The underlying *Bon Secour* and *Plaisance* actions named as defendants BP Exploration & Production Inc., BP America Production Company, and BP P.L.C. Although the Clerk has included "BP Pipe Line Company" in the caption of No. 12-31155, no such entity is a party to this appeal. The assumption may have been made that P.L.C. stands for "Pipe Line Company" but in this case it stands for "public limited company."

### Attorneys for Defendants-Appellees:

    a.    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Wendy L. Bloom
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Fax: (312) 862-2200

    b.    Jeffrey Lennard
        SNR DENTON US LLP
        233 South Wacker Drive
        Suite 7800
        Chicago, IL 60606
        Telephone: (312) 876-8000
        Fax: (312) 876-7934

    c.     Jeffrey Bossert Clark
             Steven A. Myers
             KIRKLAND & ELLIS LLP
             655 Fifteenth Street, N.W.
             Washington, DC 20005
             Telephone: (202) 879-5000
             Fax: (202) 879-5200

    d.     Don K. Haycraft
             LISKOW & LEWIS
             One Shell Square
             701 Poydras Street, Suite 5000
             New Orleans, LA 70139
             Telephone: (504) 581-7979
             Fax: (504) 556-4108

**2.**    **Class Plaintiffs - Appellees:**

    a.     The *Bon Secour* action is brought by fifteen class representatives: Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW FINS; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry.

             The class representatives represent the Economic and Property Damages Class that the District Court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 Rec. Docs. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

b.    The *Plaisance* action is brought by eleven class
representatives: Kip Plaisance; Jason Perkins; Camille
Warren; Christian Pizani; Max Plaisance; Benjamin
Judah Barbee; Cornelius Divinity; Janice Brown;
Carlton Caster; George Baker; and Duffy Hall.

The class representatives represent the Medical
Benefits Class that the District Court certified, for
settlement purposes only, on January 11, 2013. *See*
MDL 2179 Rec. Docs. 8217, 8218. The absent class
members together comprise a "large group of persons
[who] can be specified by a generic description, [such
that] individual listing is not necessary." 5th Cir. R.
28.2.1.

### Attorneys for Class Plaintiffs - Appellees:

a.    Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024

b.    James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500, 556 Jefferson Street
Lafayette, LA 70501
Telephone: (337) 233-3033
Fax: (337) 233-2796

c.    Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
29th Floor, 275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

d.      Samuel Issacharoff
        NEW YORK UNIVERSITY SCHOOL OF LAW
        Suite 411J, 40 Washington Square, S.
        New York, NY 10012
        Telephone: (212) 998-6580
        Fax: (212) 995-4590

**3.      Movant - Appellant, No. 12-31155:**

a.      Gulf Organized Fisheries in Solidarity & Hope, Inc.

**Attorneys for Movant-Appellant:**

a.      Clay Garside
        WALTZER & WIYGUL LAW FIRM
        14399 Chef Menteur Highway, Suite D
        New Orleans, LA 70129
        Telephone (504) 254-4400
        Fax: (504) 254-1112

b.      Joel R. Waltzer
        WALTZER & WIYGUL LAW FIRM
        3715 Westbank Expressway
        Harvey, LA 70058
        Telephone: (504) 340-6300
        Fax: (504) 340-6330

4.    **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

a.    James H. Kirby III

**Attorneys for Objector-Appellant:**

a.    Joseph Darrell Palmer
       LAW OFFICES OF DARRELL PALMER PC
       603 N. Highway 101, Suite A
       Solana Beach, CA 92075
       Telephone: (858) 792-5600
       Fax: (866) 583-8115

b.    Theodore  Harold Frank
       1718 M Street NW, No. 334
       Washington, DC  20036
       Telephone:  (703) 203-3848


5.    **Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

a.    Mike Sturdivant
b.    Patricia Sturdivant
c.    Susan Forsyth

**Attorney for Objectors/Appellants:**

a.    **Current Attorneys of Record:**
       Ronnie G. Penton
       THE PENTON LAW FIRM
       209 Hoppen Place
       Bogalusa, Louisiana  70427
       Telephone:  (985) 732-5651
       Fax:  (985) 735-5579

      b.     James M. Garner
              Martha Y. Curtis
              Kevin M. McGlone
              Sher Garner Cahil Richter Klein & Hilbert, LLC
              909 Poydras Street, Suite 2800
              New Orleans, LA  70112-1033
              Telephone:  (504) 299-2102
              Fax:  (504) 299-2302

      c.     **Former Attorneys of Record:**
              Joseph Darrell Palmer
              LAW OFFICES OF DARRELL PALMER PC
              603 N. Highway 101, Suite A
              Solana Beach, CA 92075
              Telephone: (858) 792-5600
              Fax: (866) 583-8115

      d.     Theodore Harold Frank
              1718 M Street NW, No. 334
              Washington, DC  20036
              Telephone:  (703) 203-3848

**6.**    **Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8264:**

      a.     Cobb Real Estate, Inc.
      b.     G&A Cobb Family Ltd. Partnership
      c.     L&M Investments, Ltd.
      d.     MAD, Ltd.
      e.     Mex-Co., Ltd.
      f.     Robert C. Mistrot and Missroe, LLC

**Attorney for Objectors-Appellants:**

a.    Stuart C. Yoes
      THE YOES LAW FIRM, L.L.P.
      3535 Calder Avenue, Suite 235
      Post Office Drawer 7584
      Beaumont, Texas 77726-7584
      Telephone: (409) 833-2352
      Fax: (409) 838-5577

**7.    Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8349:**

a.    The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Brent Coon & Associates appears at MDL 2179 Rec. Doc. 8292 Ex. 1.

**Attorney for Objectors-Appellants:**

a.    Brent W. Coon
      BRENT COON & ASSOCIATES
      215 Orleans
      Beaumont, Texas 77701
      Telephone: (409) 835-2666
      Fax: (409) 835-1912

**8.    Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8304:**

a.    The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Farrell & Patel appears at MDL 2179 Rec. Doc. 8304 Ex. A.

**Attorney for Objectors-Appellants:**

a.   Wesley J. Farrell
     Terry A. C. Gray
     FARRELL & PATEL, ATTORNEYS AT LAW
     The Four Seasons Tower
     1425 Brickell Avenue, Suite 58C
     Miami, FL 33131
     Telephone: (305) 798-4177
     Fax: (800) 946-6711

b.   Sarah E. Spigener
     FARRELL & PATEL, ATTORNEYS AT LAW
     1515 Poydras Street, Suite 1400
     New Orleans, LA 70112
     Telephone: (504) 233-8585
     Fax: (504) 264-5953


**9.   Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8308:**

a.   Troy D. Morain
b.   Stan P. Baudin

**Attorney for Objectors-Appellants:**

a.   Stan P. Baudin
     PENDLEY, BAUDIN & COFFIN, L.L.P.
     Plaquemine, LA 70764
     Telephone: (225) 687 -6396
     Fax: (225) 687-6398

**10.    Objectors-Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8309:**

    a.    Gulf Organized Fisheries in Solidarity & Hope, Inc.

    b.    Donald Dardar

    c.    Thien Nguyen

**Attorney for Objectors-Appellants:**

    a.    Joel Waltzer
        WALTZER & WIYGUL LAW FIRM
        3715 Westbank Expwy, Suite 13
        Harvey, LA 70058
        Telephone: (504) 340-6300
        Fax: (504) 340-6330

    b.    Robert Wiygul
        WALTZER & WIYGUL LAW FIRM
        1011 Iberville Drive
        Ocean Springs, MS 39564
        Telephone: (228) 872-1125
        Fax: (228) 872-1128

    c.    Clay Garside
        WALTZER & WIYGUL LAW FIRM
        14399 Chef Menteur Highway, Suite D
        New Orleans, LA 70129
        Telephone: (504) 254-4400
        Fax: (504) 254-1112

11.  **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8312:**

   a.    Allpar Custom Homes
   b.    Sea Tex Marine Service, Inc.
   c.    Ancelet's Marina, L.L.C.
   d.    J.G. Cobb Construction, Ltd.
   e.    Ships Wheel

   **Attorney for Objectors-Appellants:**

   a.    Kevin W. Grillo
         PENA & GRILLO, PLLC
         1240 3rd Street
         Corpus Christi, TX 78404
         Telephone: (361) 356-1882
         Fax: (361) 356-1083

12.  **Objectors-Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8354:**

   a.    Daniel J. Levitan, *pro* se
         *c/o* Santa Rosa Correctional Institute - Annex
         DC No. 650607
         5850 East Milton Road
         Milton, Florida 32583-7914

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL        :        fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE        :        (504) 299-2102
FAX            :        (504) 299-2302
E-Mail        :        jgarner@shergarner.com


    /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

## **Fed. R. App. P. 42(b) JOINT MOTION TO DISMISS APPEAL**

NOW COME Objector/Appellants Michael Sturdivant, Patricia Sturdivant and Susan Forsyth, (collectively or individually "Appellants"), who, pursuant to Fed. R. App. P. 42(b), jointly file this Motion to Voluntarily Dismiss Appeal ("Motion").

Fed. R. App. P. 42(b) mandates that: "[t]he circuit clerk may dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. But no mandate or other process may issue without a court order. An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court". Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate". Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".

In conformity with 5th Cir. R. 27.4, the Appellants inform the Court that the Economic and Property Damages Class attorneys, Messrs. Roy and

Herman, have consented to this Motion. Further, counsel for the BP defendant/appellees, Messrs. Godfrey and Olson, have been emailed, with follow-up telephone calls to their respective offices, seeking the BP defendants' position, and the undersigned Ronnie G. Penton has been advised by Mr. Olson's office that the BP defendants reserve the right to consent or object pending review of Appellants' Motion. As such, it is respectfully submitted that the Clerk of Court should enter an order of dismissal, for the reasons set forth below.

Pursuant to Fed. R. App. P. 42(b), this Court has "broad discretion to grant voluntary motions to dismiss." *Noatex Corp. v. King Const. of Houston, L.L.C.*, 732 F.3d 479 (5th Cir. 2013); *Am. Automobile Mfg'rs Ass'n v. Comm'r Mass. Dep't Env. Protection,* 31 F.3d 18, 22 (1st Cir.1994). "Such motions are generally granted, but may be denied in the interest of justice or fairness." *Id.* Appellants respectfully submit that the interests of fairness and justice will be better served if this Motion is granted, for the reasons set forth below.

As this Panel may recall, Appellants, along with James Kirby, objected to both the Medical Class Settlement and the Economic Class

Settlement[1], at the fairness hearing conducted by Judge Barbier in the underlying MDL litigation (10-md-2179), on November 8, 2012. Appellants filed a Notice of Appeal in the District Court on January 17, 2013. [10-md-2179 Doc. # 8271]. Appellants were originally represented in both appeals (13-30095 and 13-30221) and in the MDL (10-md-2179) by Joseph Darrell Palmer and Theodore Harold Frank (collectively and/or individually "Prior Counsel").

As directly communicated to the undersigned Ronnie G. Penton by Appellants, Appellants terminated any representation by Prior Counsel, upon learning of Prior Counsel's unauthorized and unapproved actions and conduct taken during the course of their former representation of the Appellants in all of these related proceedings (10-md-2179, 13-30095 and 13-30221) ("Related Proceedings"). As directly communicated to the undersigned Ronnie G. Penton by Appellants, Prior Counsel failed to: 1) inform the Appellants of most, if not all, significant developments and actions taken by Prior Counsel, ostensibly on their behalf, in both the District Court and in this Court; 2) inform Appellants of the imposition of an appeal bond, and the related need for the posting of an appellate bond; 3) provide Appellants with copies of the various pleadings and representations

---

[1]      Appellants will be filing a virtually-identical Motion to Dismiss their appeal in the Medical Class Settlement appeal proceeding bearing U.S. Fifth Circuit Docket Number 13-30221.

filed and made by Prior Counsel, again ostensibly on their behalf; 4) apprise Appellants of multiple factual inaccuracies contained in written and verbal submissions of counsel to the various courts; and 5) obtain Appellants' written consent to both the representation and the posting of an appellate bond. In fact, again based on direct conversations with the Appellants, the undersigned Ronnie G. Penton learned that Appellants were not even aware of the vast majority of relevant issues, nor actions taken by Prior Counsel, ostensibly on their behalf but ultimately to their detriment and utmost chagrin, until Appellants presented for their respective depositions on October 28 and 29, 2013[2].

Mr. Palmer's questionable conduct, in particular, has been exhaustively chronicled by a number of pleadings filed by Appellees and/or Class Counsel, in the Related Proceedings. By way of example, and unbeknownst to Appellants, Mr. Palmer made inaccurate representations to the District Court regarding Appellants' economic class claims [10-md-2179 Rec. Doc. 11623, including Transcript of November 8, 2012 Fairness Hearing at p. 227], and in pleadings to this Court. [See U.S. Fifth Cir. Doc. Nos. 00512334990, 00512351532 with exhibits, 00512371179, 00512391335, 00512371183]. Moreover, as detailed in Class Counsel's

---

[2] Appellants are attempting to obtain transcripts of their depositions from Prior Counsel, but to date have been unsuccessful.

recent submission to the District Court on November 19, 2013, [10-md-2179, Rec. Doc. 11869, which is incorporated herein *in globo* and *in extenso*], at deposition, Appellants truthfully responded to questions from Class Counsel (when allowed to answer by Mr. Palmer), and those responses negated or otherwise contradicted many of the Prior Counsel's representations and statements, as do Appellants' recent submissions to this Court, and in the district court. [See U.S. Fifth Cir. Doc. No. 00512438725, esp. pp. 20, 28, 36 and 42; 10-md-2179 Doc. 11869, esp. pp. 15-24].

Appellants now realize, much to their extreme chagrin, Prior Counsel's machinations and subterfuge, of which they were unaware and do not countenance, and Appellants certainly wish to take remedial measures to rectify matters, now that they have gained a sufficient understanding of Prior Counsel's conduct. This Motion is made in good faith, based on Appellants' current and newfound awareness of all attendant circumstances. This Motion is not made to evade appellate determination or to frustrate any court order. Moreover, there is neither injury nor the suggestion of prejudice to BP, or any other, Appellees or Appellants. As such, Appellants seek the voluntary dismissal of their appeals,[3] with a concomitant withdrawal of any and all objections lodged on their behalf in the District Court, as well as a

---

[3]     As mentioned, Appellants are also filing a "companion" FRAP 42 motion in 13-30221, seeking dismissal of their appeal regarding previous objections to the Medical Class Settlement.

release from any personal liability under the appeal bond or for sanctions,

due to the undeniably improper, undisclosed and unknown actions of Prior

Counsel.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL       :        fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGLONE (28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE        :        (504) 299-2102
FAX            :        (504) 299-2302
E-Mail        :        jgarner@shergarner.com


     /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing FRAP 42(b) Motion To Dismiss was filed electronically on November 22, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity.  Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

/s/ Ronnie Glynn Penton

Ronnie Glynn Penton (#10462)
