NO. 13-30095

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In re Deepwater Horizon—Appeals of the
Economic and Property Damage Class Action Settlement

James H. Kirby, III,
*Objector-Appellant*,

Lake Eugenie Land & Development, Inc., *et al.*,
*Plaintiffs-Appellees*,

v.

BP Exploration & Production, Inc.; BP America Production Co.; BP Pipeline Co.,
*Defendants-Appellees*,

Appeal from a Decision of the
United States District Court for the Eastern District of Louisiana,
No. 2:10-md-02179-CJB-SS, Hon. Carl J. Barbier

Response to Motion to Voluntarily Dismiss

Joseph Darrell Palmer
LAW OFFICES OF DARRELL PALMER PC
603 North Highway 101, Suite A
Solara Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (866) 583-8115

Theodore H. Frank
1718 M Street NW, No. 334
Washington, DC 20036
Telephone: (703) 203-3848
Email: tfrank@gmail.com
*Attorney for James H. Kirby, III*

Mr. Kirby does not oppose the former objectors' motion to voluntarily dismiss their appeal, but notes that counsel for Michael Sturdivant, Patricia Sturdivant, and Susan Forsyth ("the former objectors") make some unfortunate misrepresentations in that motion. For example,

- New counsel for the Sturdivants and Ms. Forsyth suggests that that the former objectors never wished to object to the settlement. Attorney-client privilege precludes discussing the details of why this allegation is false at this time, but the allegation is false. At all times, former counsel acted in what they understood to be the best interests of the Sturdivants and Ms. Forsyth based on their communications with the former clients. At no time did the Sturdivants and Ms. Forsyth communicate to their former counsel that they did not wish to maintain their appeals—including after they retained new counsel—until their motion to dismiss was filed. Had they revealed this conflict with Mr. Kirby to counsel, Mr. Kirby's counsel would have arranged substitute counsel for them or otherwise arranged to dismiss their appeals. Indeed, former counsel had already filed papers in this Court to withdraw the 13-30095 objections of Ms. Sturdivant and Ms. Forsyth so that they would not be at risk of being subjected to additional abusive depositions over the status of their class membership in the Property appeal.

- New counsel for the Sturdivants and Ms. Forsyth alleges that the former objectors were unaware of pending motions and allegations against Mr.

>  Palmer. This is not true. Mr. Palmer regularly kept his former clients apprised of the status of the case and of the allegations made against him, copying them on filings he thought relevant. Indeed, those clients signed declarations under oath submitted to the Fifth Circuit in the 13-30221 Medical Appeal discussing some of those allegations.

- New counsel for the former objectors assert that they never received deposition transcripts. Appellate counsel for Mr. Kirby emailed the deposition transcripts to Mr. Penton's office on the afternoon of November 19, three days before the former objectors filed their motion, and within a day of learning the identity of new counsel. Those transcripts also contradict a number of claims made by the former objectors' new counsel.

Given the abusive depositions they underwent, and the threat of further abusive depositions, it is understandable that the Sturdivants and Ms. Forsyth have decided they no longer wish to pursue their appeals and objections; they are entitled to make that decision and are entitled to seek new counsel. Their new attorneys—who have a financial interest in seeing the appeals fail that may or may not have been disclosed to their new clients, and who were plainly unfamiliar with the voluminous record when they filed their motion—are not entitled to make gratuitous and reckless allegations falsely defaming the former objectors' former counsel.

3

Dated: November 26, 2013               Respectfully submitted,

                                       */s/ Theodore H. Frank*
                                       Theodore H. Frank
                                       1718 M Street, NW
                                       No. 334
                                       Washington, DC 20036
                                       (703) 203-3848
                                       tfrank@gmail.com

                                       Joseph Darrell Palmer
                                       LAW OFFICES OF DARRELL PALMER PC
                                       603 North Highway 101, Suite A
                                       Solara Beach, CA 92075
                                       Telephone: (858) 792-5600
                                       Facsimile: (866) 583-8115

Case: 13-30095    Document: 00512454026    Page: 5    Date Filed: 11/26/2013

## Certificate of Service

I hereby certify that on November 26, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed on November 26, 2013.

*/s/ Theodore H. Frank*
Theodore H. Frank
