John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
(978) 261-5725
jjpentz3@gmail.com

December 28, 2013

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   *In re Deepwater Horizon,* No. 13-30095

Dear Mr. Cayce:

I write in response to BP's letter of December 26, 2013.

In that letter, BP urges this panel to defer to the 13-30315 panel on the issues of causal-nexus, Rule 23, Article III and the Rules Enabling Act. However, because the district court has ruled that BP is judicially estopped from raising these issues, while the Cobb Appellants in this action indisputably are not, it makes far more sense for this panel to rule on the issues that the district court held in its December 24, 2013 order are squarely before this panel, where they have been raised by absent class members who never took a contrary position before the district court.

Appellants Cobb Real Estate, Inc., G&A Cobb Family Ltd. Partnership, L&M Investments, Ltd., MAD, Ltd., Mex-Co., Ltd., Robert C. Mistrot and Missroe, LLC urge this panel to rule on the questions submitted at the November 4, 2013 oral argument without regard to any further proceedings that may take place in Appeal No. 13-30315.

Respectfully submitted,

/s/ John J. Pentz