
# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

January 27, 2014

    No. 13-30095   In Re: Deepwater Horizon  
                     USDC No. 2:10-MD-2179  
                     USDC No. 2:10-CV-7777  
                     USDC No. 2:12-CV-970  
                     USDC No. 2:10-CV-2771  
                     USDC No. 2:12-CV-2953  
                     USDC No. 2:12-CV-964

TO:   ALL COUNSEL OR PARTIES LISTED BELOW

The Court directs the Plaintiffs-Appellees to submit responses to the following submissions in this case:

       (1)  Petitions for Panel Rehearing and En Banc Rehearing by BCA Objectors, filed January 24, 2014

       (2)  Petition for En Banc Rehearing by Allpar Objectors, filed January 24, 2014

       (3)  Petition for En Banc Rehearing by Defendant-Appellee BP, filed January 21, 2014

       (4)  Petition for En Banc Rehearing by Cobb Objectors, filed January 17, 2014

The Court also direct Defendants-Appellees BP Exploration & Production et al to submit a response to the following submission in this case:

       (1)  Motion to Dismiss BP's Petition for En Banc Rehearing by Plaintiffs-Appellees Lake Eugenie Land & Development et al, filed January 24, 2014

**All responses are due for filing by 5:00 p.m. on February 6, 2014.** The parties' responses shall conform to this court's ordinary page limits and formatting requirements.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc:
    Mr. N. Albert Bacharach Jr.
    Mr. Robert C. Mike Brock
    Mr. George Howard Brown
    Ms. Elizabeth Joan Cabraser
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Brent Wayne Coon
    Mr. Timothy A. Duffy
    Mr. Miguel Angel Estrada
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Kevin Walter Grillo
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Thomas George Hungar
    Mr. Samuel Issacharoff
    Mr. James Andrew Langan
    Mr. Scott Payne Martin
    Mr. Steven Andrew Myers
    Mr. Theodore B. Olson
    Mr. John Jacob Pentz III
    Mr. James Parkerson Roy
    Mr. Stuart Cooper Yoes