# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-30095

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the motion to dismiss the appeal of the Sturdivant Appellants, filed on October 31, 2013, is DENIED as unnecessary.

IT IS FURTHER ORDERED that the motion for reconsideration of the order denying a motion to reopen Mr. Daniel J. Levitan's case, filed on November 6, 2013, is DENIED.

IT IS FURTHER ORDERED that the Sturdivant Appellants' motion for sanctions, filed on November 12, 2013, is DENIED.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT