# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-30095
_____

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

Before DAVIS, GARZA, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that this court's previous Order of February 20, 2014, which granted the motion of the Plaintiffs-Appellees to dismiss the petition for rehearing en banc filed by BP Exploration & Production, Inc., et al., is hereby VACATED.

IT IS FURTHER ORDERED, after due consideration, that the motion of the Plaintiffs-Appellees to dismiss the petition for rehearing en banc filed by BP Exploration & Production, Inc., et al., is hereby DENIED.