# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-30095   In Re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:10-CV-7777
                    USDC No. 2:12-CV-970
                    USDC No. 2:10-CV-2771
                    USDC No. 2:12-CV-2953
                    USDC No. 2:12-CV-964

Enclosed is an order entered in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

Mr. N. Albert Bacharach Jr.
Mr. Robert C. Mike Brock
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes