# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Steven A. Myers
To Call Writer Directly:
(202) 879-5297
steven.myers@kirkland.com

655 Fifteenth Street, N.W.
Washington, D.C.  20005

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

February 24, 2014

**By ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   No. 13-30095, *In re Deepwater Horizon - Appeals of the Economic & Property Damage Class Action Settlement*

Dear Mr. Cayce:

Kirkland & Ellis LLP, among several other firms, represents the BP parties in this appeal. As of February 27, 2014, I will no longer be affiliated with Kirkland & Ellis LLP and will no longer represent BP. BP will continue to be represented by the other attorneys who have filed appearances.

Please remove me from the docket as counsel to the following BP parties:  BP Exploration & Production Inc. and BP America Production Company.  Thank you very much for your assistance.

Sincerely,

*Steven Myers*

Steven A. Myers