# IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

JAMES PARKERSON ROY
Domengeaux Wright Roy & Edwards, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
E-Mail: jimr@wrightroy.com
Telephone: (337) 233-3033

STEPHEN J. HERMAN
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
E-Mail: sherman@hhklawfirm.com
Telephone: (504) 581-4892

February 24, 2014

The Honorable Judges of the U.S. Fifth Circuit Court of Appeals
600 South Maestri Place
New Orleans, Louisiana 70130

    Re: *In re: DEEPWATER HORIZON*
       Economic and Property Damage Class Action Settlement Appeal
       **U.S. Fifth Cir. No. 13-30095**

May It Please the Court:

    The opinion under *en banc* review cited to *Butler v. Sears, Roebuck & Co.*, 727 F.3d 796 (7th Cir. 2013), and *In re Whirlpool Corp. Front-Loading Washer Prods. Liab. Litig.*, 722 F.3d 838 (6th Cir. 2013), from the Sixth and Seventh Circuits in support of its interpretation of *Comcast Corp. v. Behrend*, 133 S. Ct. 1426 (2013). *In re Deepwater Horizon*, 739 F.3d 790, 806 n.66, 815 n.104, 816 n.109, 817 n.119 & n.122-123 (5th Cir. 1/10/14). Today, the United States Supreme Court denied certiorari in both cases.

                                                Respectfully submitted,

                                                James Parkerson Roy
                                                Stephen J. Herman
                                                *Co-Lead Class Counsel*

                                                Samuel Issacharoff
                                                *Lead Appeal Counsel for the Class*