# IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

JAMES PARKERSON ROY
Domengeaux Wright Roy & Edwards, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
E-Mail: jimr@wrightroy.com
Telephone: (337) 233-3033
Fax: (337) 233-2796

STEPHEN J. HERMAN
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
E-Mail: sherman@hhklawfirm.com
Telephone: (504) 581-4892
Fax: (504) 561-6024

March 25, 2014

The Honorable Judges of the U.S. Fifth Circuit Court of Appeals
600 South Maestri Place
New Orleans, Louisiana 70130

   Re: *In re: DEEPWATER HORIZON*
     Economic and Property Damages Settlement
     **U.S. Fifth Cir. No. 13-30095**

May It Please the Court:

  Plaintiffs-Appellees respectfully inform this Court that today, writing for a unanimous Court in *Lexmark Int'l, Inc., v. Static Control Components, Inc.*, 572 U.S. __ (2014) (Slip Op) (attached), Justice Scalia confirmed, as the Merits Panel opinion held, and consistent with the BEL Panel, that Article III standing is a matter of pleading, not of proof, and that "proximate causation is not a requirement of Article III standing, which requires only that the plaintiff's injury be fairly traceable to the defendant's conduct." *Id.* at 15 n.6. While causation must be adequately pleaded (such as here where the class' allegations survived motions to dismiss), if the plaintiff's allegations, taken as true, are sufficient, "then the plaintiff is entitled to an opportunity to prove them," *id.*, or, as here, to settle them.

               Respectfully submitted,

               James Parkerson Roy
               Stephen J. Herman
               *Co-Lead Class Counsel*

               Samuel Issacharoff
               *Lead Appeal Counsel for the Class*

cc: Counsel of Record  (*via* E-Mail and *via* ECH)